## OSORIO *v.* SUCESIÓN PÉREZ.

### APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª.

No. 902.—Resuelto en noviembre 25, 1912.

HIJOS NATURALES—ACCIÓN DE RECONOCIMIENTO—PRESCRIPCIÓN.—Habiendo na cido la demandante en el año 1861 y muerto el supuesto padre natural en abril 15 de 1911, y la demanda habiendo sido radicada en abril 13 de 1911, *se resolvió* que la acción ejercitada en este caso había prescrito ya. (*Jesús* v. *Sucesión Pérez,* mayo 22, 1912; *Roble* v. *Sucesión Pérez,* noviembre 22, 1912.)

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José G. Torres.*

Abogados de la apelada: *Sres. Bosch y Soto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Según la demanda en este caso, presentada en la Corte de Distrito de San Juan, Sección 1ª., con fecha 13 de abril del corriente año, la demandante Felícita Osorio nació en el año 1861 y Ramón Pérez Villamil, a quien como herederos representan los demandados, murió el 15 de abril de 1911; y como la demandante solicita que se la declare hija natural de dicho señor, la única cuestión a resolver es si la acción que en la demanda se ejercita está prescrita o no, como resolvió la corte inferior en su sentencia apelada, que por tal motivo desestimó la demanda con costas a la demandante, como

consecuencia de la excepción previa formulada por la sucesión demandada.

Antes de ahora hemos resuelto, esta misma cuestión en los casos de *Ramón de Jesús* v. *Sucesión Pérez Villamil,* en el de Isabel de Jesús contra la propia sucesión, resueltos ambos en 22 de mayo del año en curso, y más recientemente en el de Andrea Roble contra la misma sucesión, con fecha 22 del presente mes y año; y como este caso es idéntico a los citados y no tenemos razón alguna, ni se nos aduce motivo, para variar la doctrina establecida sobre la cuestión legal que envuelve la demanda, aplicamos al presente los razonamientos que en los dos últimos casos expresamos, sin que sea necesario que los repitamos de nuevo y sostenemos que la acción ejercitada por la demandante está prescrita, y por tanto, no aduciendo la demanda hechos que determinen una causa de acción, debe ser confirmada la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.